TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-95-00092-CV







Dan Morales, Attorney General of Texas, Appellant



v.



State Bar of Texas, Appellee







FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT


NO. 92-13495, HONORABLE F. SCOTT McCOWN, JUDGE PRESIDING







PER CURIAM



 Appellant, Dan Morales, Attorney General of Texas, has filed an unopposed motion
to dismiss the appeal. The motion is granted. Tex. R. App. P. 59(a)(1)(B).

 The appeal is dismissed.


Before Justices Powers, Kidd and B. A. Smith

Dismissed on Appellant's Motion

Filed: May 10, 1995

Do Not Publish